UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>)<br>            Plaintiff, )<br>)<br>    v. )<br>)<br>OFFICE OF THE SECRETARY, )<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>)<br>            Defendants. )<br>_____) | Civil Action No. 19-2233 (TJK) |

## JOINT PROPOSED DISCLOSURE SCHEDULE

Pursuant to the Court's Minute Order dated September 3, 2019, the parties, by and through undersigned counsel, report to the Court as follows regarding the Defendants' production efforts and propose the following schedule in this action under the Freedom of Information Act ("FOIA").

Defendants report that the Office of the Secretary's FOIA Office ("OS FOIA") has completed the search for responsive records and has identified approximately 1,300 pages of emails and attachments.  OS FOIA has also identified approximately 25 loose files as likely responsive, totaling about 850 pages.  OS FOIA believes that the loose files are likely duplicative of other attachments, but OS FOIA has yet fully to compare the materials.  Even if there are no duplicative materials, OS FOIA estimates that the total page count is approximately 2,150 pages.

The parties agree that OS FOIA will produce (with appropriate redactions/withholdings, if any) at least 500 pages a month in a series of rolling releases, with the first release to be made by October 15, 2019.  Accordingly, OS FOIA expects to complete production no later than February 15, 2020, and perhaps earlier.

The parties propose to stay any additional reporting until after that time. Should OS FOIA identify additional responsive records during production, the parties propose that they provide the Court with an amended production schedule. The parties have not agreed whether 500 pages per month is a reasonable production schedule for any additional records. However, the parties will continue to communicate during production in attempts to reach an agreement on production of additional records, if any.

The parties further propose that Defendants will provide Plaintiff with a legally compliant search affidavit and Vaughn index within 45 days of completing record production to inform Plaintiff of the scope of the search OS FOIA completed and the basis for record withholdings and redactions, if any. Plaintiff will have 45 days to review the search affidavit and Vaughn index and will advise which, if any, of the withholdings remain to be addressed through summary judgment, following which the parties propose to file a Joint Status Report with a proposed schedule for briefing, if necessary.

In light of the foregoing, the Parties will continue to communicate and propose that they provide the Court with a joint status report by February 20, 2020.

Accordingly, the Parties ask that the Court allow these discussions to proceed. The parties ask the Court to order a production schedule of 500 pages per month starting on October 15, 2019 and continuing until OS FOIA completes production of the records

-3-

it has identified to date.  The parties further ask the Court to order a subsequent joint status report further advising the Court of the status of the case due by February 20, 2020.

    September 30, 2019

                      Respectfully submitted,

| | |
|---|---|
| _____/s/ | JESSIE K. LIU, DC Bar #472845 |
| STUART WILCOX, ESQ. | United States Attorney |
| STUART WILCOX LLC | |
| 2340 Dayton Street | DANIEL F. VAN HORN, DC Bar |
| Aurora, CO  80010 | #924092 |
| (720) 331-0385 | Chief, Civil Division |
| Email:Stuart.Wilcox5@gmail.Com | |
| | |
| *Counsel for Plaintiff* | By:_____/s/ |
| | W. MARK NEBEKER, DC Bar #396739 |
| | Assistant United States Attorney |
| | 555 4th Street, NW |
| | Washington, DC  20530 |
| | (202) 252-2536 |
| | mark.nebeker@usdoj.gov |
| | |
| | *Counsel for Defendant* |