UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE SECRETARY, U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Civil Action No. 19-2233 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 2, 2019, the parties, by and through undersigned counsel, report to the Court the following in this Freedom of Information Act ("FOIA") action.

Defendants report that the Office of the Secretary's FOIA Office ("OS FOIA") completed its search for responsive records and identified approximately 2,150 pages of responsive records. The parties previously agreed that OS FOIA would produce (with appropriate redactions/withholdings, if any) at least 500 pages a month in a series of rolling releases. Approximately 1,600 pages have been released to date.

The production is near completion but approximately 500 pages remain to be produced. OS FOIA anticipates that the remaining pages will be produced before the end of February 2020.

Consistent with their previous reports, the parties propose that Defendants will provide to Plaintiff a legally compliant search affidavit and *Vaughn* index within 45 days of completing record production to inform Plaintiff of the scope of the search OS FOIA

completed and the basis for record withholdings and redactions, if any.  Plaintiff will then have 45 days to review the search affidavit and *Vaughn* index and will advise which, if any, of the withholdings remain to be addressed through summary judgment.  The parties propose that they provide the Court with a joint status report by June 5, 2020.

Dated: February 20, 2020	Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:	/s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*


/s/ Stuart Wilcox
STUART WILCOX, ESQ.
STUART WILCOX LLC
2340 Dayton Street
Aurora, CO 80010
(720) 331-0385
stuart.wilcox5@gmail.com

*Counsel for Plaintiff*